ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| DRS Laurel Technologies | ) ASBCA No. 63303 |
| | ) |
| Under Contract No. N00024-15-D-5210 | ) |

APPEARANCES FOR THE APPELLANT:   Neil H. O'Donnell, Esq.
Stephen L. Bacon, Esq.
Cindy Lopez, Esq.
  Rogers Joseph O'Donnell
  San Francisco, CA

Deborah N. Rodin, Esq.
  Rogers Joseph O'Donnell
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Allison M. McDade, Esq.
  Navy Chief Trial Attorney
Devin A. Wolak, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCLISH

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained.

In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $450,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 3, 2026

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                    _____
J. REID PROUTY                             MICHAEL N. O'CONNELL
Administrative Judge                       Administrative Judge
Acting Chairman                            Vice Chairman
Armed Services Board                       Armed Services Board
of Contract Appeals                        of Contract Appeals



       I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63303, Appeal of DRS Laurel
Technologies, rendered in conformance with the Board's Charter.

       Dated:  June 3, 2026


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2